No. 4,911.—STATE EX REL. BOURQUIN ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the District Court of Silver Bow County, and Jeremiah J. Lynch, a Judge thereof.

Decided September 26, 1921.

PER CURIAM.—The applications of the relators for writ of supervisory control is, after due consideration, denied.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. Ed. Fitspatrick,* for Relators.

---

No. 4,936.—HANNAH LEARY, RESPONDENT, *v.* CITY OF BUTTE, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided October 3, 1921.

PER CURIAM.—The motion of respondent to dismiss the appeal herein for the reason that the transcript has not been filed within the time allowed by law, is granted and the appeal dismissed.

*Mr. M. Donlan,* for Respondent.